[No. 13130-7-II.  Division Two.  April 4, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES SCOTT FRAZIER, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 88-1-00470-4, Karen B. Conoley, J., entered August 15, 1989. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Alexander and Morgan, JJ.

[No. 13612-1-II.  Division Two.  April 5, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH ROY HUNT, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 89-1-00423-6, Robert J. Doran, J., entered January 31, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Alexander, J.

[No. 13746-1-II.  Division Two.  April 5, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM THOMAS KELLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 89-1-00187-9, Grant S. Meiner, J., entered March 19, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Morgan, J.